2/28/01

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U S DISTRICT COURT

MAR 30 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEP'T

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRAGE STUDIOS, | ) No. CV 92-5992 HLH (JRx) |
| Plaintiff, | ) NOTICE TO ATTORNEYS<br>) RE RULE CHANGES |
| v. | ) |
| TAN, | ) |
| Defendant. | ) |

The attention of counsel is called to major changes in the rules governing the conduct of actions in the District Court. When this notice is given to counsel for plaintiff shortly after filing of this action, counsel for plaintiff shall serve a copy of this notice with the service on each defendant of the summons and complaint in this action. When this notice is given to counsel for plaintiff after one or more defendants have been served, counsel for plaintiff shall serve a copy of this notice on all parties to the action and this notice shall apply to those remaining portions of the action subject to the new rules. All counsel are expected to become familiar with and follow the new rules. In cases already pending, the new rules will be applied to future actions in the



case.

Counsel's attention is called to the fact that major changes have been made in the Federal Rules of Civil Procedure (hereafter FRCP) effective December 1, 2000, particularly FRCP 16 and 26. Changes to FRCP 16 and 26 have also made it necessary to extensively revise the district's Local Rules (hereinafter LR) in two respects. [Proposed new LR are now out for comment and are expected to be adopted effective in June 2001. References hereafter are to the proposed new LR, not yet effective, unless otherwise indicated.] First, the numbering system of LR has been revised to comply with the numbering system required by the Judicial Conference. The new numbering system follows the pattern of the FRCP. Thus, new local rules dealing with required conferences before trial are found in LR 16 (instead, as formerly, in LR 6, 9, and 23). Second, much of this court's former LR have been supplanted by the new rules found in FRCP 16 and 26. Thus, virtually nothing of former LR 6 is found in the new LR; most of the new applicable rules are now found in new FRCP 16 and 26(f). Former LR 9 dealing with the pretrial conference (now denominated the "final pretrial conference") is governed by a combination of FRCP 16, 26 and LR 16-1 to 16-11. Settlement conferences (formerly the subject of LR 23) are now governed by LR 16-14 and its sub-parts.

The changes to FRCP 16 and 26 have brought new terminology. What was formerly the "status conference" or the "mandatory status conference" is now to be called the "scheduling conference." What was formerly the "early meeting of counsel" is now the "scheduling meeting." What must be reported to court has undergone major

-2-

1    changes in FRCP 16 and 26(f), requiring a report to the court

2    before the scheduling conference and a "discovery plan" after it.

3    Further, the timing and substantive requirements for many items,

4    including the initial exchanges formerly required under old LR 6,

5    and rules regarding expert witnesses have had major changes under

6    FRCP 16 and 26.

7      This notice is not a summary of the new rules but merely

8    calls attention of counsel to the many changes wrought by the

9    December 1, 2000, changes in the FRCP and the consequent revision

10    of the LR.

11      The court will attempt to follow the new rules and use the new

12    terminology and expects counsel to do the same.

14    DATE: _3/30/01_

18    _____

19    HARRY L. HUPP
     Senior U. S. District Judge

-3-